# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-RS1 | CIVIL ACTION NO: 2:19-cv-00264-JDL |
| **Plaintiff** | MOTION TO AMEND COMPLAINT |
| vs. | RE:<br>20 North Avenue, Sanford, ME 04073 |
| Kristen L. Gauthier and Christopher Hill a/k/a Christopher L. Hill | Mortgage:<br>August 24, 2006<br>Book 14945, Page 372 |
| **Defendants** | |
| Internal Revenue Service and Maine Revenue Services | |
| **Parties-In-Interest** | |

NOW COMES the Plaintiff, Federal National Mortgage Association, pursuant to Fed. R. Civ. P.15(a) and hereby moves to amend the Complaint of Foreclosure to include "foreclosure and sale" language throughout. As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on June 11, 2019.

2. The Party-in-Interest, Internal Revenue Service, was served with the subject complaint on June 13, 2019.

3. The Party-in-Interest, Maine Revenue Services, was served with the subject complaint on June 18, 2019.

4. The Defendant, Kristen L. Gauthier, was served with the subject complaint on September 30, 2020.

5. The Defendant, Christopher Hill a/k/a Christopher L. Hill, was served with the subject complaint on September 30, 2020.

6. The subject complaint states it is for a "foreclosure" action, and it should read "foreclosure and sale", and should include "foreclosure and sale language" throughout.

7. Attached hereto is Plaintiff's Proposed Amended Complaint.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow Plaintiff to amend the complaint include "foreclosure and sale" language throughout.

DATED: October 12, 2021

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670

### CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on 12th day of October, 2021 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Kristen L. Gauthier
20 North Avenue
Sanford, ME 04073

Christopher Hill a/k/a Christopher L. Hill
20 North Avenue
Sanford, ME 04073

Kristen L. Gauthier
126 Lebanon Street
Sanford, ME 04073

Christopher Hill a/k/a Christopher L. Hill
126 Lebanon Street
Sanford, ME 04073

Internal Revenue Service
c/o Ashley E. Eiler, Esq.
Office of the U.S. Attorney General
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

Maine Revenue Services
c/o Kevin J. Crosman, Esq.
Office of the Attorney General
6 State House Station
Augusta, ME 04333